UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

                Plaintiff,

      -against-

FLIX NORTH AMERICA, INC., FLIX BUS, INC., and
JOHN DOE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/26/2026__

26 Civ. 1505 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Defendants Flix North America, Inc. and Flix Bus, Inc. removed this action from the Supreme Court of the State of New York, County of New York, to this Court pursuant to 28 U.S.C. §§ 1332 and 1441. *See* Notice of Removal ("NOR"), ECF No. 1. Defendants state that "Plaintiff has not yet properly served Defendants" in the state court action, so removal "is timely filed." *Id.* ¶¶ 3, 18. Defendants assert that written notice of the filing of the NOR was served on Plaintiff on the date of the NOR, February 23, 2026. *Id.* ¶ 21.

    Accordingly, by **March 3, 2026**, Defendants shall serve copies of the NOR and the accompanying exhibit at ECF No. 1-1 on Plaintiff and shall file proof of such service on the docket. By **March 12, 2026**, Plaintiff shall indicate whether he contests removal.

    SO ORDERED.

Dated: February 26, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge