```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/9/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

                        Plaintiff,

        -against-

  FLIX NORTH AMERICA, INC, et al.,

                    Defendants.

**ORDER**

**26-CV-1505 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On June 8, 2026, both the undersigned and Judge Torres granted Plaintiff's request for an extension of time to object to the Report and Recommendation dated May 20, 2026.  The undersigned extended Plaintiff's deadline to respond to June 10, 2026, while Judge Torres extended the deadline to June 12, 2026.  **Judge Torres's order at ECF No. 38 supersedes the undersigned's prior order at ECF No. 37**.  Accordingly, Plaintiff's response to the Report and Recommendation is due **June 12, 2026**.  Plaintiff is reminded that any further requests for extensions related to objections to the Report and Recommendation must be directed to Judge Torres.

Dated: New York, New York
      June 9, 2026

                             **SO ORDERED.**

                             _____
                             KATHARINE H. PARKER
                             United States Magistrate Judge