USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

Plaintiff,

-against-

FLIX NORTH AMERICA, INC, et al.,

Defendants.

**SCHEDULING ORDER**

**26-CV-1505 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On July 30, 2026, Defendants filed a letter requesting that the initial case management conference scheduled for August 3, 2026 be adjourned in light of the Court's Report and Recommendation at ECF No. 35 recommending dismissal of this action. Plaintiff consents to the request. Accordingly, the request is GRANTED and the case management conference scheduled for August 3, 2026 is hereby adjourned *sine die*.

**The Clerk of Court is respectfully directed to terminate the motion at ECF No. 40**

Dated: New York, New York
July 30, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge