USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

Plaintiff,

-against-

FLIX NORTH AMERICA, INC, et al.,

Defendants.

**ORDER**

**26-CV-1505 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On August 13, 2026, pro se Plaintiff filed a letter requesting modification of the Court's Order at ECF No. 41 and asking that the case resume in September to allow him to "perfect his Rule 60 motion." (ECF No. 42) Because the Report and Recommendation at ECF No. 35 recommends dismissal of this action and to conserve the resources of both the Court and the parties, no conferences are necessary pending the District Court's resolution of the dispositive motion. Accordingly, Plaintiff's request is DENIED.

Dated: New York, New York
August 20, 2026

**SO ORDERED.**

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge